
FILED
CLERK, U.S. DISTRICT COURT
JUL 14 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Byron Mitchell DEFENDANT(S). | CASE NUMBER 11-1637 M ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __court__, IT IS ORDERED that a detention hearing is set for __July 15__, __2011__, at __3:30__ ☐ a.m. / ☒ p.m. before the Honorable __Jacquelin Chooljian__, in Courtroom __20__.
312 N. Spring Street, LA, CA 90012

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: __7/14/11__            _____
                               U.S. District Judge/Magistrate Judge