FILED
CLERK, U.S. DISTRICT COURT
JUL 15 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> Byron Mitchell, <br><br> Defendant. | Case No. 11-MJ-1637 <br><br> ORDER OF PRETRIAL DETENTION <br> AFTER HEARING <br> (18 U.S.C. § 3142(i)) |

I.

A. (✓) Upon motion of the Government in a case that involves:

    1.  ( ) a crime of violence or an offense listed in 18 U.S.C. § 2332b(g)(5)(B), for which a maximum term of imprisonment of ten (10) years or more is prescribed; or

    2.  ( ) an offense for which the maximum sentence is life imprisonment or death; or

    3.  (✓) an offense for which a maximum term of imprisonment of ten (10) years or more is prescribed in the Controlled Substances Act, Controlled Substances Import and Export Act or Maritime Drug Law Enforcement Act; or

|    |    |                                                                                          |
|----|----|------------------------------------------------------------------------------------------|
| 1  |    | 4. ( ) any felony if defendant has been convicted of                                     |
| 2  |    | two or more offenses described in                                                        |
| 3  |    | subparagraphs 1-3 above, or two or more state                                            |
| 4  |    | or local offenses that would have been                                                   |
| 5  |    | offenses described in subparagraphs 1-3 above                                            |
| 6  |    | if a circumstance giving rise to federal                                                 |
| 7  |    | jurisdiction had existed, or a combination of                                            |
| 8  |    | such offenses.                                                                           |
| 9  |    | 5. ( ) any felony that is not otherwise a crime of                                       |
| 10 |    | violence that involves a minor victim, or                                                |
| 11 |    | possession or use of a firearm or destructive                                            |
| 12 |    | device or any other dangerous weapon, or a                                               |
| 13 |    | failure to register under 18 U.S.C. § 2250.                                              |
| 14 | B. | Upon motion (✓) of by the Government ( ) of the Court <u>sua</u>                         |
| 15 |    | <u>sponte</u>, in a case that involves:                                                  |
| 16 |    | 1. (✓) a serious risk that defendant will flee;                                          |
| 17 |    | 2. ( ) a serious risk that defendant will                                                |
| 18 |    | a. ( ) obstruct or attempt to obstruct justice;                                          |
| 19 |    | or                                                                                       |
| 20 |    | b. ( ) threaten, injure, or intimidate a                                                 |
| 21 |    | prospective witness or juror or attempt                                                  |
| 22 |    | to do so.                                                                                |
| 23 | C. | The Government (✓) is ( ) is not entitled to a rebuttable                                |
| 24 | presumption that no condition or combination of conditions will                               |
| 25 | reasonably assure defendant's appearance as required and the safety of                        |
| 26 | any person or the community.                                                                  |

## II.

A. ( )  The Court finds by a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of defendant as required;

B. (✓)  The Court finds by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person and the community.

## III.

The Court has considered:

A. (✓) the nature and circumstances of the offense(s) charged;
B. (✓) the weight of the evidence against defendant;
C. (✓) the history and characteristics of defendant;
D. (✓) the nature and seriousness of the danger to any person or the community that would be posed by defendant's release;
E. (✓) the Pretrial Services Report/Recommendation;
F. (✓) the evidence proffered/presented at the hearing;
G. (✓) the arguments of counsel.

///
///
///
///
///
///

IV.

   The Court concludes:

   A.   (✓) Defendant poses a risk to the safety of other persons
        and the community based on: _Offense allegations +_
        _other allegations in complaint affidavit; criminal_
        _history including prior drug distribution felony conviction;_
        _multiple loaded firearms in home; pending threat charges_

   B.   ( ) Defendant poses a serious flight risk based on: _____
        _____
        _____
        _____

   C.   ( ) A serious risk exists that defendant will:
        1.   ( ) obstruct or attempt to obstruct justice;
        2.   ( ) threaten, injure or intimidate a prospective
                 witness or juror or attempt to do so;
        based on: _____
        _____
        _____
        _____

   D.   ( ) Defendant has not rebutted by sufficient evidence to
        the contrary the presumption provided in 18 U.S.C.
        § 3142(e) that no condition or combination of
        conditions will reasonably assure the safety of any
        other person and the community;
        and/or

| | |
|---|---|
| 1 | ( ) Defendant has not rebutted by sufficient evidence to |
| 2 | the contrary the presumption provided in 18 U.S.C. |
| 3 | § 3142(e) that no condition or combination of |
| 4 | conditions will reasonably assure the appearance of |
| 5 | defendant as required. |
| 6 | IT IS ORDERED that defendant be detained prior to trial. |
| 7 | IT IS FURTHER ORDERED that defendant be committed to the custody |
| 8 | of the Attorney General for confinement to a corrections facility |
| 9 | separate, to the extent practicable, from persons awaiting or serving |
| 10 | sentences or persons held in custody pending appeal. |
| 11 | IT IS FURTHER ORDERED that defendant be afforded reasonable |
| 12 | opportunity for private consultation with defendant's counsel. |
| 13 | IT IS FURTHER ORDERED that, on Order of a Court of the United |
| 14 | States or on request of an attorney for the Government, the person in |
| 15 | charge of the corrections facility in which defendant is confined |
| 16 | deliver defendant to a United States Marshal for the purpose of an |
| 17 | appearance in connection with a court proceeding. |
| 18 | DATED: 7/15/11 |

HONORABLE JACQUELINE CHOOLJIAN
United States Magistrate Judge